## JOHN KELLY *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1821–27): *Journal 3:* (1) Motion to quash certiorari overruled *p. 217-a; (2) diminution suggested *p. 217-c; (3) continued *p. 257; (4) continued *p. 338; (5) continued *p. 443. *Journal 4:* (6) Continued MS p. 94; (7) abated MS p. 130.

PAPERS IN FILE: (1) Petition for certiorari, allowance, precipe; (2) affidavit of defendant's attorney; (3) writ of certiorari; (4) transcript of J. P. record.

*1821 Calendar*, MS p. 46.